# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| SCHMID PIPELINE CONSTRUCTION, INC., | ) <br> ) <br> ) |
| Plaintiff | ) <br> )    No. 1:13-cv-464-GZS |
| v. | ) <br> ) |
| SUMMIT NATURAL GAS OF MAINE, INC., | ) <br> ) <br> ) |
| Defendant | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 23, 2014, his Recommended Decision (ECF No. 24). Defendant filed its Objection to the Recommended Decision (ECF No. 26) on July 7, 2014. Plaintiff filed its Response to Defendant's Objection to the Recommended Decision (ECF No. 32) on July 21, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Dismiss Count IV of Defendant's Counterclaim (ECF No. 9) is **GRANTED**.

                                               /s/George Z. Singal_____
                                               U.S. District Judge

Dated this 22nd day of July, 2014.