# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **SCHMID PIPELINE** | ) | |
| **CONSTRUCTION, INC.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **No. 1:13-cv-00464-GZS** |
| **v.** | ) | |
| | ) | |
| **SUMMIT NATURAL GAS OF MAINE,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant** | | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on June 24, 2015, his Recommended Decision (ECF No. 103).  Defendant filed its Partial Objection to the Recommended Decision (ECF No. 104) on July 8, 2015.  Plaintiff filed its Objection to the Recommended Decision (ECF No. 105) on July 13, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.    It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 88) is **GRANTED** as to Count II of Defendant's counterclaim (unjust enrichment) and **DENIED** in all other respects.


/s/George Z. Singal
U.S. District Judge

Dated this 4th day of August, 2015.